# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 13 |
| PAMELA BELLAMY, | Case No. 16-74097 (AST) |
| Debtor. | |

| | |
|---|---|
| GUSTAVIA HOME, LLC, | Chapter 13 |
| Plaintiff, | Adv. P. No. 17-08021 (AST) |
| -against- | |
| U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR THE TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2016-4, and SELECT PORTFOLIO SERVICING, INC., | |
| Defendants. | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned hereby consent to the withdrawal of Vogel Bach & Horn, LLP and the substitution of Hasbani & Light PC as counsel of record for Gustavia Home LLC in the above-captioned matters effective July 2, 2018.

Dated:  July 2, 2018
         New York, New York

| | |
|---|---|
| **HASBANI & LIGHT PC** | **VOGEL BACH & HORN, LLP** |
| By: _/s/ Rafi Hasbani_<br>Rafi Hasbani<br>450 Seventh Ave, Suite 1408<br>New York, New York<br>Tel. (646) 490-6677 | By: _/s/_<br>Eric H. Horn<br>30 Broad Street, 14th Floor<br>New York, New York<br>Tel. (212) 242-8350<br>Fax (646) 607-2075 |

**Agreed:**

**GUSTAVIA HOME LLC**

_/s/_
(Name)