# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 13 |
| Pamela Bellamy, | Case No.: 16-74097 (AST) |
| Debtor, | |
| Gustavia Home, LLC, | |
| Plaintiff, | Adversary Proceeding No.: 17-08021 |
| vs. | |
| U.S. Bank National Association as Indenture Trustee for the TOWD Point Mortgage Trust Asset-Backed Securities 2016-4, and Select Portfolio Servicing Inc., | **SUBSTITUTION OF ATTORNEY** |
| Defendant. | |

The undersigned hereby consent to the substitution of Parker Ibrahim & Berg LLP as counsel on behalf for U.S. Bank National Association as Indenture Trustee for the TOWD Point Mortgage Trust Asset-Backed Securities 2016-4, and Select Portfolio Servicing Inc. in the above-caption matter.

| **Withdrawing Attorneys:** | **Superseding Attorneys:** |
|---|---|
| Fein Such Kahn & Shepard PC | Parker Ibrahim & Berg LLP |
| | |
| */s/ Gregg Tabakin* | */s/ Melinda Colón Cox* |
| Gregg Tabakin, Esq. | Melinda Colón Cox, Esq. |
| 7 Century Drive, #201 | 270 Davidson Avenue |
| Parsippany, New Jersey 07054 | Somerset, New Jersey 08873 |
| Phone: (973) 538-4700 | Phone: (908) 725-9700 |
| | |
| Date: March 28, 2019 | Date: March 28, 2019 |

3037130.1